JAIME Más GUARDIOLA, demandante y apelado, *v.* FRANCISCA MUÑOZ TORRUELLAS, demandada y apelante.

No. 3832.—*Visto:* Mayo 28, 1926. *Resuelto:* Julio 22, 1926.

1. DIVORCIO—JURISDICCIÓN, PROCEDIMIENTOS Y REMEDIO—EVIDENCIA—SUFICIENCIA—ACCIONES POR ABANDONO — PRUEBA DEL ABANDONO. — En éste caso, aún cuando la prueba fué contradictoria y el conflicto fué resuelto por la corte inferior se resolvió que aún partiendo de la base más favorable al demandante el abondono alegado como causa determinante del divorcio, no se había demostrado cumplidamente.

2. DIVORCIO—DE LAS CAUSAS DEL DIVORCIO—ABANDONO—SEPARACIÓN—EN GENERAL.—A los efectos del abandono como causa del divorcio, no basta el hecho material de la separación; es necesario el propósito firme y deliberado y la actuación consiguiente de vivir separado, de romper de hecho el vínculo matrimonial, para que el abandono exista.

SENTENCIA de *Charles E. Foote*, J. (San Juan, Primer Distrito), declarando con lugar la demanda de divorcio interpuesta, con costas. *Revocada*, declarándose la demanda sin lugar.

*Juan de Valldejuly*, abogado del apelado; *Herminio Miranda*, abogado del apelante.

EL JUEZ PRESIDENTE SEÑOR DEL TORO, emitió la opinión del tribunal.

En octubre de 1922 José Más Guardiola estableció demanda de divorcio contra su esposa alegando que ésta lo había abandonado por más de un año. Contestó la demandada alegando a su vez que fué su esposo el que se separó

de ella; que no tenía el propósito de separarse, y que estaba dispuesta a vivir con el demandante en el momento en que así se lo manifestara.

[1] Fué el pleito a juicio. La prueba del demandante consistió en su declaración y en las de Carlos Matos y José A. Florido. La de la demandada en su declaración y en las de los testigos Ildefonso Estella y Felipe Zavala. Hemos analizado esa prueba y es en algunos extremos contradictoria. Aceptando que el conflicto fué resuelto por la corte y que debamos partir de la base que más favorece al demandante, aún así opinamos que el abandono que la ley y la jurisprudencia exigen como causa determinante del divorcio no se ha demostrado cumplidamente.

[2] No basta el hecho material de la separación; no son suficientes meros disgustos. Es necesario el propósito firme y deliberado y la actuación consiguiente de vivir separado, de romper de hecho el vínculo matrimonial, para que el abandono exista. Y aquí la mujer no ha procedido de tal modo. Declarando en el juicio se expresó así: "que nunca ha sido su intención separarse definitivamente de su esposo, no lo ha pensado, como lo ha querido mucho y es el padre de sus hijos, es el único hombre que ha querido."

Se trata de un matrimonio joven aún con muchos hijos, sin bienes de fortuna, que puede y debe subsistir. Sólo sumando sus fuerzas materiales y espirituales podrá ese matrimonio cumplir aún fielmente su destino.

*Debe revocarse la sentencia apelada y declararse la demanda sin lugar.*